**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Madeline P. Skitzki (Cal. Bar No. 318233)
mskitzki@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2054
Telephone:     (213) 239-5100
Facsimile:     (213) 239-5199

Dean N. Panos (*pro hac vice* forthcoming)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:     (312) 222-9350
Facsimile:     (312) 527-0484

Attorneys for Defendants
The Clorox Company and
The Burt's Bees Products Company

*Additional counsel listed on signature page*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA GRUEN, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>THE CLOROX COMPANY and THE BURT'S BEES PRODUCTS COMPANY,<br><br>                  Defendant. | Case No. 3:22-cv-00935<br><br>The Honorable Richard Seeborg ORDER<br>**JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE AND INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-1(b) and 6-2, Plaintiff Daniela Gruen ("Plaintiff") and Defendants The Clorox Company and The Burt's Bees Products Company (collectively, "Defendants"), through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff Daniela Gruen filed her Complaint on February 15, 2022 (ECF No. 1);

2. On February 21, 2022, Defendants executed a waiver of service, which triggered a responsive pleading deadline of April 22, 2022 (ECF Nos. 6, 7);

3. On February 24, 2022, the Court scheduled an Initial Case Management Conference for May 19, 2022 at 10:00 a.m. (ECF No. 11);

4. On March 25, 2022, the *Spindel v. Burt's Bees, Inc. et al.* action, Case No. 4:22-cv-01928-HSG, was filed in the Northern District of California.  The civil cover sheet filed with the *Spindel* action identified the instant *Gruen* lawsuit as a related action, but the *Spindel* action was assigned to Judge Gilliam.

5. Defendants have filed an administrative motion to consider whether the *Gruen* and *Spindel* actions should be related pursuant to Local Rule 3-12, and to reassign the *Spindel* action to this Court (ECF No. 15);

6. Plaintiffs in the *Gruen* and *Spindel* actions are considering whether to voluntarily consolidate the two cases and file a consolidated amended complaint.  If plaintiffs do not voluntarily consolidate the two cases, Defendants intend to file a motion to consolidate;

7. In light of the possibility that the *Gruen* and *Spindel* actions will be consolidated, and the plaintiffs will file a consolidated amended complaint, the parties agree that Defendants' deadline to respond to the Complaint should be held in abeyance until a consolidated amended complaint is filed, or this Court rules that the actions shall not be consolidated, and that the Initial Case Management Conference should similarly be continued until the consolidation issue is settled;

8. This is the parties' first request for an extension of time, and the stipulated extension will only impact the date of the Initial Case Management Conference;

THEREFORE, is it hereby stipulated that:

1. Defendants' deadline to respond to the Complaint is continued until thirty (30) days following the *Gruen* and *Spindel* plaintiffs' filing of a consolidated amended complaint, if the cases are consolidated, or thirty (30) days following this Court's order that the action shall not be consolidated; and

2. The Initial Case Management Conference is continued to a date of the Court's choosing following Defendants' continued responsive pleading deadline.

IT IS SO STIPULATED AND AGREED.

DATED: April 6, 2022               JENNER & BLOCK LLP[1]

                                   By:      /s/ Kate T. Spelman
                                                Kate T. Spelman

                                   Attorneys for Defendants
                                   The Clorox Company and
                                   The Burt's Bees Products Company

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), I, Kate T. Spelman, hereby attest that concurrence in the filing of this document has been obtained from Danielle Perry, counsel for Plaintiff.

| | | |
|---|---|---|
| 1 | DATED: April 6, 2022 | MASON LLP |
| 2 | | SHUB LAW FIRM LLC |

By: _____/s/ Danielle L. Perry_____
        Danielle L. Perry

MASON LLP
Danielle L. Perry (SBN 292120)
Gary E. Mason (*pro hac vice* forthcoming)
5101 Wisconsin Avenue, NW, Suite 305
Washington, D.C. 20016
Telephone: + 1 202 429 2290
Facsimile: + 1 202 429 2294
Email: dperry@masonllp.com
Email: gmason@masonllp.com

SHUB LAW FIRM LLC
Jonathan Shub (SBN 237708)
Kevin Laukaitis (*pro hac vice* forthcoming)
134 Kings Highway East, Second Floor
Haddonfield, NJ 08033
(856) 772-7200
Fax: (856) 210-9088
Email: ecf@shublawyers.com

Attorneys for Plaintiff
Daniela Gruen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 11, 2022     By: _____[signature]_____
        Hon. Richard Seeborg
        United States District Judge

4
JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE AND INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:22-cv-00935