# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY BARRETT, DANIELA GRUEN, LAURA HARMAN, MARILYN MOORE BUICE, AND CAROLINE SPINDEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>BURT'S BEES, INC., THE CLOROX COMPANY, and THE BURT'S BEES PRODUCTS COMPANY,<br><br>Defendants. | Case No. 3:22-cv-00935-RS<br><br>**STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND DISCOVERY DEADLINES** |

## ORDER

The Court, having fully considered the Parties' Stipulation and Proposed Order Regarding Class Certification Briefing Schedule and Discovery Deadlines HEREBY ORDERS as follows:

1. Class certification fact discovery shall be completed by April 7, 2023, noting the Parties' agreement to an exception for Plaintiffs' depositions;

2. The deadline for Plaintiffs' Motion for Class Certification and expert reports in support of class certification is April 20, 2023;

3. The deadline for Defendants' Opposition to Class Certification and expert reports in opposition to class certification is June 22, 2023; and

4. The deadline for Plaintiff's Reply in Support of Class Certification and rebuttal expert reports in support of class certification is July 24, 2023.

Dated: August 29, 2022

IT IS SO ORDERED

_____
Chief United States District Judge
Richard Seeborg