UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL BAEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CLOROX COMPANY, et al.,<br><br>    Defendants. | Case No. 22-cv-05218-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Gruen v. The Clorox Company, et al.*, Case No. 22-cv-00935-RS.

**IT IS SO ORDERED**.

Dated: September 14, 2022

_____
SALLIE KIM
United States Magistrate Judge