Michael F. Ram (SBN 104805)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com

Charles E. Schaffer (To be admitted *Pro Hac Vice*)
cschaffer@lfsblaw.com
David Magagna (To be admitted *Pro Hac Vice*)
dmagagna@lfsblaw.com
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663

Jason P. Sultzer (To be admitted *Pro Hac Vice*)
**THE SULTZER LAW GROUP**
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601
845-483-7100
Email: sultzerj@thesultzerlawgroup.com

*Attorneys for Plaintiff, Marisol Baez*

Dean N. Panos
**JENNER AND BLOCK LLP**
353 North Clark Street
Chicago, IL 60654
(312) 923-2765
Email: dpanos@jenner.com

*Attorney for Defendants, The Clorox Company and The Burts Bees Products Company*

Rachel Lynn Soffin
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
(865) 247-0080
Fax: (865) 522-0049
Email: rsoffin@milberg.com

Jonathan Shub (SBN 237708)
Kevin Laukaitis (To be admitted *Pro Hac Vice*)
**SHUB LAW FIRM LLC**
134 Kings Hwy E., 2nd Fl
Haddonfield, NJ 08033
T: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

L. Timothy Fisher (State Bar No. 191626)
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
T: (925) 300-4455
F: (925) 407-2700
ltfisher@bursor.com

Kim E. Richman (To be admitted *Pro Hac Vice*)
**RICHMAN LAW & POLICY**
1 Bridge St., Suite 83
Irvington, NY 10533
Tel: 914-693-2018
krichman@richmanlawpolicy.com

*Attorney for Plaintiffs, Daniela Gruen, Laura Harman, Tracy Barrett, Marilyn Moore-Buice and Caroline Spindel*

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRACY BARRETT, DANIELA GRUEN, LAURA HARMAN, MARILYN MOOREBUICE, AND CAROLINE SPINDEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, on behalf of themselves and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>BURT'S BEES, INC., THE CLOROX COMPANY and THE BURT'S BEES PRODUCTS COMPANY,<br>Defendants. | Case No. 3:22-cv-00935-RS<br><br>Hon. Richard Seeborg |
| MARISOL BAEZ, individually on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>THE CLOROX COMPANY and THE BURT'S BEES PRODUCTS COMPANY,<br><br>   Defendants. | Case No.: 3:22-cv-05218-RS<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR RULE 23(g) MOTION TO APPOINT INTERIM CLASS COUNSEL AND PLEADING DEADLINES.** |

The parties to the above captioned cases stipulate as follows:

WHEREAS, a putative class action filed by Daniella Gruen, styled *Gruen v. the Clorox Company*, No. 3:22-cv-00935-RS, was filed on February 15, 2022, before this Honorable Court.

WHEREAS, a consolidated complaint was filed by Tracy Barrett, Daniela Gruen, Laura Harman, Marilyn Moore-Buice, and Caroline Spindel, also styled *Gruen v. the Clorox Company*, No. 3:22-cv-00935-RS, on July 27, 2022, before this Honorable Court.  Defendants' deadline to respond to the consolidated *Gruen* complaint is October 12, 2022.

WHEREAS, a putative class action filed by Marisol Baez in the United States District Court for the Eastern District of New York, styled *Baez v. The Clorox Co. et al.*, No. 1:22-cv-03990-PKC- RML, on July 7, 2022 has been transferred to the Northern District of California. Defendants' deadline to respond to the *Baez* complaint is October 3, 2022.

WHEREAS, *Baez* and *Gruen* both involve allegations of potential consumer exposure to PFAS, have nearly the same defendants, and similar claims.

WHEREAS, *Baez* names "The Clorox Company and The Burt's Bees Products Company" as defendants (*Baez* ECF No. 1), *Gruen* names "Burt's Bees, Inc., The Clorox Company, and The Burt's Bees Products Company" as defendants *Gruen* (ECF No. 26).

WHEREAS, *Gruen* brings claims on behalf of a Nationwide class of consumers who purchased the Products anywhere in the United States, as well State classes on behalf of consumers who purchased the Products in California, Georgia, Michigan, New Jersey and New York.

WHEREAS, *Baez* defines the Nationwide class "as all consumers who purchased the Products anywhere in the United States during the Class Period" (ECF No. 1 at ¶98).

WHEREAS, both cases assert violations of state consumer protection laws, as well as breach of express warranty, fraud/fraudulent concealment, and unjust enrichment; and

WHEREAS, on September 14, 2022, Magistrate Judge Kim, to whom Baez was initially assigned in this District, referred the case to Judge Seeborg to decide whether it is related to *Gruen;*

WHEREAS, on September 14, 2022, Judged Seeborg determined that *Baez* is related to *Gruen* (ECF No. 49) and *Baez* has been reassigned to this Court;

1

2

3

4

5

6

7

8

9

10

11

WHEREAS, on September 2, 2022, counsel in the *Gruen* action filed a Motion for Appointment of Interim Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure (ECF No. 38), Defendants' response to this Motion is currently due on September 16, 2022, and *Gruen* Counsel's reply is currently due on September 23, 2022.

WHEREAS, counsel in the *Baez* matter intend to file a separate Motion for Appointment of Interim Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

WHEREAS, the counsel for Defendants, as well as counsel in the *Gruen* and *Baez* matters have met and conferred and stipulated to the following coordinated briefing schedule for their Motions for Appointment of Interim Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure:

| Date | Event |
|---|---|
| October 3, 2022 | Deadline for *Baez* Counsel to file their Motion for Appointment of Interim Class Counsel |
| October 17, 2022 | Deadline for Defendants to respond to the *Gruen* and *Baez* Motions for Appointment of Interim Class Counsel. |
| October 24, 2022 | Deadline for *Gruen* and *Baez* counsel to file replies in support of their Motions for Appointment of Interim Class Counsel. |
|  |  |

WHEREAS, the parties agree that in the interest of efficiency and to preserve the parties' and the Court's resources, Defendants' responsive pleading deadline should be continued until the Court has ruled on the Motions for Appointment of Interim Class Counsel and determined whether the cases should be consolidated.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties that, the deadline for *Baez* counsel to file a Motion to Appoint Interim Class Counsel in the consolidated cases shall be October 3, 2022, the deadline for Defendants to respond to the *Gruen*

and *Baez* Motions for Appointment of Interim Class Counsel shall be October 17, 2022, and the deadline for *Gruen* and *Baez* Counsel to file their replies in support of their Motions for Appointment of Interim Class Counsel shall be October 24, 2022.  Further, Defendants' deadline to respond to the *Gruen* and *Baez* complaints shall be continued to fourteen (14) days after the Court's decision on the Motions for Appointment of Interim Class Counsel, or alternatively thirty (30) days after the filing of a further consolidated amended complaint should the Court order the *Gruen* and *Baez* cases consolidated in connection with its decision on the Motions for Appointment of Interim Class Counsel.

Dated:  September 14, 2022                    MORGAN & MORGAN COMPLEX
                                              LITIGATION GROUP


                                                  */s/ Michael F. Ram*
                                              By:    Michael F. Ram

                                              Attorneys for Plaintiff, Marisol Baez

Dated:  September 14, 2022                    MILBERG COLEMAN BRYSON PHILLIPS
                                              GROSSMAN, PLLC


                                                  */s/ Rachel Lynn Soffin*
                                              By:    Rachel Lynn Soffin

                                              Attorney for Plaintiffs, Daniela Gruen, Laura
                                              Harman, Tracy Barrett, Marilyn Moore-Buice
                                              and Caroline Spindel

Dated:  September 14, 2022                    JENNER & BLOCK, LLP


                                                  */s/ Dean N. Panos*
                                              By:    Dean N. Panos

                                              Attorney for Defendants, The Clorox Company
                                              and The Burt's Bees Products Company

STIPULATION TO MODIFY              3                      No. 3:22-cv-00935-RS
BRIEFING SCHEDULE

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: <u>September 16, 2022</u>

Honorable Richard Seeborg
United States District Judge