United States District Court
Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  DANIELA GRUEN, et al.,                  Case No. 22-cv-00935-RS

11            Plaintiffs,

12       v.                                 **ORDER APPOINTING INTERIM
                                            COUNSEL AND GRANTING MOTION
13  THE CLOROX COMPANY, et al.,             TO CONSOLIDATE**

14            Defendants.

15

16        The motion to appoint Bursor & Fisher, P.A. and Milberg Coleman Bryson Phillips

17  Grossman PLLC as Interim Co-Lead Counsel for the putative class, pursuant to Rule 23(g) of the

18  Federal Rules of Civil Procedure, is granted. Neither Liaison Counsel nor a Steering Committee

19  will be appointed, for the reasons discussed at the hearing.

20        The motion to consolidate is granted. An amended consolidated complaint shall be filed

21  within 30 days of the date of this order, with defendants' responsive pleading due within 30 days

22  thereafter.

23  **IT IS SO ORDERED**.

24

25  Dated: November 10, 2022

26                                          _____

27                                          RICHARD SEEBORG
                                            Chief United States District Judge
28