Erin Ruben*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
T: 919-600-5000
eruben@milberg.com

Joshua D. Arisohn*
Alec M. Leslie*
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: 646-837-7150
Facsimile: (212) 989-9163
jarisohn@bursor.com
aleslie@bursor.com

*Additional attorneys on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BARRETT, DANIELA GRUEN, LAURA HARMEN, MARILYN MOORE-BUICE, CAROLINE SPINDEL, AND MARISOL BAEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BURT'S BEES, INC., THE CLOROX COMPANY and THE BURT'S BEES PRODUCTS COMPANY,<br>Defendants. | Case No. 3:22-cv-00935<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiffs Tracy Barrett, Daniela Gruen, Laura Harman, Marilyn Moore-Buice, Caroline Spindel, Marisol Baez, and GMO Free USA d/b/a Toxin Free USA ("Plaintiffs"), and Defendants Burt's Bees, Inc., The Clorox Company, and The Burt's Bees Products Company ("Defendants") (collectively, "the Parties"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismiss this action. This dismissal is *with prejudice* as to the claims of Plaintiffs and *without prejudice* as to the claims of putative class members, with the parties to pay their own respective attorneys' fees and costs incurred in connection with this action.

Dated:  July 28, 2023           Respectfully submitted,

**JENNER & BLOCK, LLP**                           **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

By: /s/ *Dean N. Panos*                           By:    /s/ *Erin Ruben*
Dean N. Panos                                     Erin Ruben*

Dean N. Panos                                     900 W. Morgan Street
dpanos@jenner.com                                 Raleigh, NC 27603
353 N. Clark Street                               T: 919-600-5000
Chicago, IL 60654-3456                            eruben@milberg.com
T: (312) 923-2765  F: (312) 840-7765
                                                  Rachel Soffin*
Kate T. Spelman (Cal. Bar No. 269109)             **MILBERG COLEMAN BRYSON**
kspelman@jenner.com                               **PHILLIPS GROSSMAN PLLC**
Madeline P. Skitzki (Cal. Bar No. 318233)         800 S. Gay Street, Suite 1100
mskitzki@jenner.com                               Knoxville, TN 37929
Kristen Green (Cal. Bar. No. 328618)              T: 865-247-0080
kgreen@jenner.com                                 F: 865-522-0049
515 S. Flower Street, Suite 3300                  rsoffin@milberg.com
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100                         Harper T. Segui*
Facsimile: (213) 239-5199                         **MILBERG COLEMAN BRYSON**
                                                  **PHILLIPS GROSSMAN PLLC**
                                                  Mt. Pleasant, SC 29464
                                                  T: 919-600-5000
                                                  hsegui@milberg.com

Thomas A. Pacheco**
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
15453 Indianola Drive
Derwood, MD 20855
T: 919-600-5000
tpacheco@milberg.com

Joshua D. Arisohn*
Alec M. Leslie*
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY  10019
Telephone: 646-837-7150
Facsimile:  (212) 989-9163
jarisohn@bursor.com
aleslie@bursor.com

L. Timothy Fisher (State Bar No. 191626)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
T: 925-300-4455
F: 925-407-2700
ltfisher@bursor.com

Kim E. Richman*
**RICHMAN LAW & POLICY**
1 Bridge Street, Suite 83
Irvington, New York 10533
T: 718-878-4707
F: 212-687-8292
krichman@richmanlawpolicy.com

Jonathan Shub
Kevin Laukaitis*
**SHUB LAW FIRM LLC**
134 Kings Hwy E, Fl-2
Haddonfield, NJ 08033
T: (856) 772-7200
F: (856) 210-9088
jshub@shublawyers.com
klaukaitis@shublawyers.com

Jason P. Sultzer, Esq.

Joseph Lipari, Esq.
Daniel Markowitz, Esq.
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

David C. Magagna Jr., Esq.*
Charles E. Schaffer, Esq.*
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

*Admitted Pro Hac Vice*
*\*\* Pro Hac Vice Forthcoming*

*Attorneys for Plaintiffs*